**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West**

**Criminal No.  15-CR-00256-MSK-DLW**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

vs.

**1.  SALVADOR QUINTANA-CENEJO,**

**Defendant.**

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

     **IT IS HEREBY ORDERED** that this matter is set for a Change of Plea Hearing before Magistrate Judge West in Durango, Colorado on January 21, 2016 at 10:00 a.m.

**DATED: December 15, 2015.**

                              **BY THE COURT:**

                              s/David L. West
                              **United States Magistrate Judge**