**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Date:              February 9, 2016

Deputy Clerk:         Kathleen Finney
Court Reporter:       Tracy Weir
Probation Officer:    Erika Ball
Interpreter:          Susana Cahill

**Criminal Action No.  15-cr-00256-REB-DW**

*Parties:*                                  *Counsel:*

UNITED STATES OF AMERICA,                   Todd Norvell

    Plaintiff,

v.

SALVADOR QUINTANA-CENEJO,                   Matthew Golla
    a/k/a Jose Jesus Ortega
    Hernandez,

    Defendant.

**CHANGE OF PLEA MINUTES /
SENTENCING MINUTES**

**8:59 a.m.     Court in session in Change of Plea Hearing.**

Appearances of counsel.

Defendant is present in custody.

Interpreter: government and defendant stipulate as to interpreter's qualifications; interpreter sworn.

The Plea Agreement (Court's Exhibit 1) and Defendant's Statement in Advance of Plea of Guilty (Court's Exhibit 2) are tendered to the Court.

Defendant is sworn.

Defendant is 51 years old, alert, competent, literate, and sober.

Defendant waives formal reading of the Indictment.

Defendant confirms the court's understanding of the terms of the plea agreement.

Defendant confirms that he has read and understands the written plea agreement; that he has reviewed the written plea agreement carefully and thoroughly with his attorney; that he has no questions or concerns about the written plea agreement; and that he has signed the written plea agreement voluntarily with the advice and assistance of counsel.

Defendant is advised of all matters required by Fed.R.Crim.P. 11(b)(1)(A)-(M).

Defendant withdraws existing plea of not guilty to the offense made the subject of the plea agreement.

Defendant waives re-arraignment on Count One of the Indictment.

Defendant enters plea of guilty to Count One of the Indictment pursuant to plea agreement.

Court's Findings of Fact and Conclusions of Law will be issued electronically.

**IT IS ORDERED** as follows:

1. That Court's Exhibits 1 and 2, which state the plea agreement, are admitted in evidence;

2. That the plea of guilty to Count One of the Indictment entered by the defendant is received, accepted and approved;

3. That defendant is found guilty of the crime charged in Count One of the Indictment;

4. That any pending pretrial motion filed by or on behalf of the defendant is denied as moot;

5. That any Trial Preparation Conference and trial is vacated;

6. That the defendant's unopposed motion to proceed to immediate sentencing is **GRANTED**; and

7. That presentence investigation and report are waived.

9:49 a.m.     Change of Plea Hearing concludes.

9:50 a.m.     Sentencing Hearing commences.

Counsel for the government confirms that counsel has read the **Immediate Sentencing Report** [#49] filed February 4, 2016.

Counsel for the defendant informs the court that counsel has read and discussed the Immediate Sentencing Report with the defendant.

Also pending before the court relevant to sentencing are the following papers: the **United States' Motion for 1-Level Variance in Defendant's Offense Level for Acceptance of Appellate Waiver** [#42] filed January 27, 2016; the **Defendant's Motion for Variant Sentence** [#46] filed February 3, 2016; and the **United States' Response in Opposition to Defendant's Motion for Variant Sentence [Doc. 46]** [#47] filed February 4, 2016.

Defendant's counsel makes a statement on behalf of the defendant, offers information in mitigation of punishment, comments on the probation officer's sentencing guideline applications and calculations, and comments on matters relating to the appropriate sentence.

Statement by counsel for the government.

The court makes a sentencing statement pursuant to 18 U.S.C. § 3553(c) and enters findings of fact, conclusions of law, judgment of conviction, sentence, and orders.

    **IT IS ORDERED** as follows:

8. That the plea agreement of the parties as stated in the originals of Court's Exhibits 1, and 2 is formally approved;

9. That the **Defendant's Motion for Variant Sentence** [#46] is **DENIED**;

10. That the judgment of conviction shall now enter on Count One of the Indictment;

11. That it is the judgment and sentence of this Court that the defendant is committed to the custody of the Bureau of Prisons for a term of **eight (8) months**;

12. That no term of supervised release is imposed; however, the defendant is advised that if he enters, remains, or is found in the United States illegally, or if he possesses illegally a controlled substance, or if he possesses or

        uses any firearm, destructive device, or dangerous weapon, he may be subject to further prosecution in federal court;

13. That no fine is imposed;

14. That the defendant shall pay forthwith a special victim's fund assessment fee of $100.00;

15. That the mandatory drug-testing provisions of 18 U.S.C.. § 3583(d) are waived;

16. That presentence confinement shall be determined by the Bureau of Prisons; and

17. That the defendant is remanded to the custody of the United States Marshal.

Court advises the defendant of his right to appeal the sentence imposed.

**10:11 a.m.   Court in recess.**

Total time in court:   Change of Plea Hearing:   00:50
                                         Sentencing Hearing:   00:21

Hearing concluded.